FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 - 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02817-CMA-KLM

SUZANN BACON,

    Plaintiff,

v.

KING SOOPERS,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This cause came before the Court on the affidavit in support of the Motion for Leave to Proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915 (Doc. # 4). The Court has granted Plaintiff leave to proceed *in forma pauperis*. It is now

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED: March __4__, 2009

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02817-CMA-KLM

Suzann Bacon
4270 Sawkaw Dr. N.E., #101
Grand Rapids, MI 49525

US Marshal Service
Service Clerk
Service forms for: King Soopers

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on King Soopers: AMENDED COMPLAINT FILED 01/16/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/6/09.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk