IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02817-CMA-KLM

SUZANN BACON,

    Plaintiff,

v.

KING SOOPERS,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Engage Jurisdiction Resolution Proceedings** [Docket No. 33; Filed June 25, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  The Motion does not certify that Plaintiff complied with her obligation to confer pursuant to D.C. Colo. L. Civ. R. 7.1(A) and, as Plaintiff was informed at the Scheduling Conference held on June 18, 2009, the Motion is subject to denial on this basis alone.  Further, given that Plaintiff has moved to voluntarily dismiss her case without condition [Docket No. 34], compelling Defendants to participate in a settlement conference would serve no purpose.

Dated: June 26, 2009