IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02817-CMA-KLM

SUZAN BACON,

    Plaintiff,

v.

KING SOOPERS,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff's Motion to Dismiss (Doc. # 34) and Defendant's Response (Doc. # 41). Upon review of these documents and the file, the Court hereby

ORDERS that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: June   30  , 2009

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Court Judge